RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11 / 17 / 16
BY Bm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUIS VERNON JACKSON | CIVIL ACTION NO. 1:15-CV-00635 |
| VERSUS | JUDGE WALTER |
| CITY OF NATCHITOCHES, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' motion for summary judgment (Doc. 33) is GRANTED and Jackson's action is DENIED AND DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana on this 17 day of Nov 2016.

JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE